# HOWARD GREENBERG
## ATTORNEY AT LAW
41 Schermerhorn Street - #104
Brooklyn, New York 11201
Office - (732) 935-0121
Fax   - (718) 524-0524

BY FAX
Honorable Allyne R. Ross
United States Judge
Federal District Court
Eastern District of New York

*Application granted.*
*So ordered.*
*6/6/06*
*USDJ*

Re - United States of America -v- Timothy Breaker

Dear Judge Ross,

    Please find Dr. David Delman's letters ordering continuing physical therapy for the above-named defendant as a result of a car accident.

    Ms. Chu, of pretrial services, takes no position as to whether the defendant should be given timeout from home confinement to receive this form of medical attention, instead deferring to the Court.

    What with travel to the facility and treatment time it amounts to 3 ½ hours, 3 days per week in addition to a re-evaluation on June 21, 2006.

Very truly yours,

Howard Greenberg, Esq.

cc: AUSA Monica Ryan
cc: Anna Chu, Pretrial Services

# SYNERGY MEDICAL OFFICE

David Delman, M.D.
3907 4th Avenue
Brooklyn, NY 11232

Phone (718) 435-9745
Fax    (718) 435-9746

### EXCUSE SLIP

Date  5/10/06

This is to certify that

_____Timothy Browder_____

( Has / Had and appointment at this office for professional attention

on ____May 10 06____ at ____1 PM____ o'clock.

Patient will come 3x a week for physical therapy and be Evaluated every 4-6 weeks. Please excuse this absence.

Patient will Be-Reevaluated on 6/21/06.

_____
David Delman, M.D.

TMO

# SYNERGY MEDICAL PRACTICE, P.C.

3907 4th Avenue, Brooklyn, New York 11232
Tel: 718-435-9745  Fax: 718-435-9746

TO Whom it may concern:

This letter is to certify that our patient Timothy Breaker is a patient at Synergy Medical Practice, P.C. at this time he will be doing physical therapy 3x a week. Mr. Breaker will also be Evaluated on 6/21/06.

Physical Therapy days are Tuesday, Thursday, Friday at 12pm

If you have any questions on this matter please call the office

Signed David Delman

David Delman, M.D.